IN THE DISTRICT COURT WITHIN AND FOR CREEK COUNTY
STATE OF OKLAHOMA

FILED IN DISTRICT COURT
CREEK COUNTY SAPULPA OK
APR 30 2014
TIME 1:34
Amanda VanOrsdol, COURT CLERK

LARRY LEE ASHLOCK, )
)
    Plaintiff, )
)
v. )
)
)
TERRE SUE NELSON, )
)
    Defendant, )

Case No. **CJ-2014- 123**

ATTORNEY'S LIEN CLAIMED

Lawrence Parish

### PETITION FOR AUTO NEGLIGENCE

Comes now the Plaintiff Larry Ashlock and for his claim of and cause of action against the Defendant, Terre Sue Nelson, alleges and states as follows:

1. That Plaintiff Larry Ashlock is a resident and citizen of Creek County, Oklahoma.

2. That Defendant Terre Nelson is a resident and citizen of Tulsa County, Oklahoma.

3. That the vehicle collision giving rise to this claim occurred in Creek County, and this Court has jurisdiction over the subject matter.

4. That on May 1, 2012, Plaintiff was a driver of a vehicle that was struck by a vehicle negligently operated by Defendant, which caused serious injuries to Plaintiff.

5. That as a result of the negligence of Defendant, Plaintiff incurred property damage to his vehicle, medical expenses for the treatment of injuries both past and future, and has suffered great pain of body and mind.


EXHIBIT 1

WHEREFORE, Plaintiffs prays for judgment for compensatory judgment in a sum in excess of $25,000.00 and an award of reasonable attorney fees and all other costs of this action against Defendant.

Respectfully submitted,

_____
James Patrick Hunt, OBA# 15559
Attorney for Plaintiff
406 S. Boulder, Ste. 400
Tulsa, OK
74103