**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| LARRY L. ASHLOCK, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 15-CV-46-GKF-PJC |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) |
| Defendant. | ) |

## JUDGMENT

This matter came on for jury trial on June 28, 2016. Plaintiff Larry L. Ashlock rested his case on June 29, 2016, and defendant State Farm Mutual Automobile Insurance Company moved for judgment as a matter of law on plaintiff's sole claim for breach of the duty of good faith and fair dealing. For the reasons stated on the record, the court granted the defendant's Motion for Judgment as a Matter of Law.

It is therefore ordered that plaintiff Larry L. Ashlock recover nothing, the action be dismissed on the merits, and defendant State Farm Mutual Automobile Insurance Company recover costs from plaintiff Larry L. Ashlock.

ENTERED this 29th day of June, 2016.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT